**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 06-cr-00067-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONALD GEORGE SHISSLER,

    Defendant.

## PRELIMINARY ORDER OF FORFEITURE

**Blackburn, J.**

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. The Court having read said Motion and being fully advised in the premises finds:

The United States and Defendant Donald George Shissler entered into a Plea Agreement and Statement of Facts Relevant to Sentencing which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. §2253;

THAT prior to the disposition of the assets, the United States Marshals Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 18 U.S.C. §2253(m);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Donald George Shissler's interest in the following property is

forfeited to the United States in accordance with 18 U.S.C. §2253:

      a. One hard drive, bearing serial number 05017976; and

      b. twenty-five (25) 1.44 floppy dikettes

THAT the United States Marshals Service, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make your return as provided by law;

THAT the United States Marshals Service, or its designated sub-custodian, shall publish notice of this Order of Forfeiture in accordance with 18 U.S.C. §2253(m) in a newspaper of general circulation in Denver, Colorado, and in all cities in which the property was seized, for four consecutive weeks and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §2253(m), in which all interests will be addressed.

SO ORDERED August 3, 2007.

                                  **BY THE COURT:**

                                  **s/ Robert E. Blackburn**
                                  **ROBERT E. BLACKBURN**
                                  **United States District Court Judge**